UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM R. TELLEZ,<br><br>Defendant. | Case No. 2:23-cr-00152-CDS-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 3, 2023 at 1:00 p.m., be vacated and continued to December 6, 2023 at the hour of 10:00 a.m. in Courtroom 3A.

DATED this 28th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE